UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **BRIDGET SCHROEPFER,** ) | |
| **ORVILLE SCHROEPFER, and** ) | |
| **MARILYN SCHROEPFER,** ) | |
|  ) | |
| Plaintiffs, ) | |
|  ) | |
| vs. ) | Case number 4:05cv1877 TCM |
|  ) | |
| **STATE INDUSTRIES, INC., and** ) | |
| **DEMPSTER INDUSTRIES, INC.,** ) | |
|  ) | |
| **Defendants.** ) | |

## ORDER

The Court notes that recent pleadings in this case tend to be voluminous, i.e., over 15 pages in length, whether they be the pleading itself or attached exhibits. The printing of these electronically-filed pleadings has been consuming a disproportionate amount of the Court's time and material. Accordingly,

**IT IS HEREBY ORDERED** that the parties are to provide the Court with courtesy copies of any pleadings and exhibits exceeding fifteen pages in length. This Order is effective with the March 19, 2007, pleadings.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of March, 2007.